IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| KIMENTHIA USHER, | ) | |
| | ) | |
| Plaintiff, | ) | CIVIL ACTION NO. |
| | ) | |
| v. | ) | 1:10-cv-01813-CAP |
| | ) | |
| CENTER OF HOPE FOR CANCERS | ) | |
| AND BLOOD DISORDERS, P.C. and | ) | |
| ANTHONY C. ONYEGBULA, | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

Before the Court is the parties' Joint Motion To Approve The Settlement Of Plaintiff's Claim Under The Fair Labor Standards Act. For good cause shown, the Motion is **GRANTED**.

Under the parties' Settlement Agreement, defendants shall make six equal payments to plaintiff totaling $11,000.00 as settlement of plaintiff's FLSA claim. The last payment to plaintiff is scheduled for February 28, 2012.

The Court shall retain jurisdiction of this case until defendants have made all six settlement payments to plaintiff. Upon receipt by plaintiff of the

final settlement payment from defendants, the parties shall file a stipulation of dismissal with the Court. The clerk is DIRECTED to administratively close this civil action with the right to reopen by either party through March 31, 2012.

/s/ Charles A. Pannell, Jr.
_____

August 15, 2011

CHARLES A. PANNELL, JR.
UNITED STATES DISTRICT JUDGE